UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ILLINOIS OPPORTUNITY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>STEVE BULLOCK, in his official capacity as governor of Montana, and MEGHAN HOLMLUND, in her official capacity as chief of the State Procurement Bureau,<br><br>Defendants. | Case No. CV-19-56-H-CCL<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF DANIEL R. SHUR** |

Anita Y. Milanovich of Milanovich Law, PLLC, moves for admission of Daniel R. Suhr to practice before this Court pro hac vice. Mr. Suhr's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that the motion to admit Daniel R. Suhr pro hac vice is granted on the condition that Mr. Suhr shall do his own work. This means Mr. Suhr must do his own writing, sign his own pleadings, motions and briefs, and appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system.

DATED this 3rd day of September, 2019.

CHARLES C. LOVELL
UNITED STATES DISTRICT COURT JUDGE