IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
10/24/2019
Clerk, U.S. District Court
District of Montana
Helena Division

ILLINOIS OPPORTUNITY PROJECT,

Plaintiff,

vs.

STEVE BULLOCK, in his official capacity as governor of Montana, and MEGHAN HOLMLUND, in her official capacity as chief of the State Procurement Bureau,

Defendants.

CV-19-56-H-CCL

Order

Before the Court is Defendants' Unopposed Motion to Vacate Preliminary Scheduling Order (Doc. 21) pending disposition of Defendants' Combined Rule 12 Motion to Dismiss. Plaintiff Illinois Opportunity Project does not oppose the motion. Accordingly,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Preliminary Scheduling Order is GRANTED. All deadlines set forth in the Court's October 1, 2019, Order (Doc. 18) are VACATED pending disposition of Defendants' Combined Rule 12 Motion to Dismiss. The Court will issue further orders as appropriate.

Dated this 24th day of October, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE