FILED 2/18/2020 Clerk, U.S. District Court District of Montana Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ILLINOIS OPPORTUNITY PROJECT,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE BULLOCK, in his official capacity as governor of Montana, and MEGHAN HOLMLUND, in her official capacity as chief of the State Procurement Bureau,<br>Defendants. | CV-19-56-H-CCL<br><br><br>Order |

Before the Court is Plaintiff's Second Motion for Summary Judgment. (Doc. 39). The motion fails to comply with L.R. 7.1(c)(1), which requires a statement that other parties have been contacted and whether any party objects to the motion. Plaintiff also fails to comply with L.R. 56.1(a), which requires the party filing a motion for summary judgment to file a Statement of Undisputed Facts, rather than a Statement of Facts. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Second Motion for Summary Judgment is DENIED with leave to refile.

Dated this 18th day of February, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE