IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| ILLINOIS OPPORTUNITY PROJECT, Plaintiff, vs. STEVE BULLOCK, in his official capacity as governor of Montana, and MEGHAN HOLMLUND, in her official capacity as chief of the State Procurement Bureau, Defendants. | CV-19-56-H-CCL<br><br>Order |
|---|---|

On May 6, 2020, counsel for defendants filed a document captioned "Joint Motion for a Briefing Schedule Regarding Plaintiffs's Third Motion for Summary Judgment." (Doc. 55). The parties filed their pretrial statements, joint discovery plan and statement of stipulated facts on March 26, 2020, in anticipation of a preliminary pretrial conference originally scheduled for April 9, 2020. That conference was vacated to accommodate counsel's travel restrictions and health concerns.

Plaintiff filed its pending motion for summary judgment on April 17, 2020. Defendants need additional time to file their response because their counsel are working from home and are faced with additional legal work relating to the State of Montana's response to the COVID-19 pandemic. Plaintiff's counsel anticipates needing additional time to file a reply brief based on several calendaring issues in June.

Good cause appearing,

IT IS HEREBY ORDERED that the joint motion for a briefing schedule (Doc. 55) is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file their response to Plaintiff's motion for summary judgment along with any cross-motion for summary judgment on or before May 22, 2020, and shall file only one brief. Plaintiff shall have until June 26, 2020 to file a reply in support of its own motion and a response to any cross motion filed by Defendants, also in a single brief. Defendants have until July 10, 2020, to file their reply brief in support of their motion for summary judgment.

IT IS FURTHER ORDERED that any party needing to file an over-length brief or needing another extension shall make the appropriate motion at least seven days before the brief is due.

IT IS FURTHER ORDERED that any party seeking a hearing on any pending summary judgment motion shall notify the Court of the need for a hearing on or before June 26, 2020.

The parties are reminded that L.R. 56.1(c) allows them to jointly file a statement of stipulated facts if they agree there are no material disputed facts and the issues can be decided as a matter of law. Such stipulations are entered into only for the purposes of the motion for summary judgment and are not intended to be otherwise binding.

Dated this 7th day of May, 2020.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE