UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ILLINOIS OPPORTUNITY PROJECT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVE BULLOCK, in his Official capacity as Governor of Montana,<br>MEGHAN HOLMLUND, in her Official capacity as chief of the State Procurement Bureau,<br><br>　　　　　Defendants. | Case No. CV-19-056-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Pursuant to the Opinion and Order (Doc. 74), that judgment has been entered in favor of the defendants and against the plaintiff because the plaintiff does not have standing to bring the claim under Article III of the United States Constitution.

　　Dated this 31st day of August 2020.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK
　　　　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk